torney General, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Guy Woolfolk appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Anna L. Bunch, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Otto Plopper appeals the judgment denying his Rule 24.035 motion for post-conviction relief. We find that the motion court did not clearly err in finding that the sentence imposed upon Plopper was not unconstitutional. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).

## Otto PLOPPER, Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 90066.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 22, 2008.

S. Kristina Starke, St. Louis, MO, for Appellant.

## Ronald Paul RUPERT, Movant/Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 89980.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 22, 2008.

